# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1783. TONY MAURICE HOWARD v. THE STATE.**

Following a jury trial, Tony Maurice Howard was found guilty of two counts of aggravated assault, two counts of possession of a firearm during the commission of a felony, and one count of possession of a firearm by a convicted felon. After the denial of his motion for new trial, Howard appealed to this Court. We affirmed the judgment in an unpublished opinion on April 23, 2024. See Case No. A24A0271. Upon remittitur, Howard filed the instant notice of appeal, seeking review of his judgment of conviction and sentence. We lack jurisdiction.

"A defendant is not entitled to a second direct appeal from his judgment of conviction." *Miller v. State*, 264 Ga. App. 801, 803 (b) (592 SE2d 450) (2003) (citation and punctuation omitted). Howard has already had a direct appeal from the judgment of conviction, which we affirmed. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/10/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*